This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                    **NO. 33,494**

**ROBERT VARGAS,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Jerry H. Ritter, Jr., District Judge**

Gary K. King, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellant

Todd A. Holmes
Alamogordo, NM

for Appellee

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

**{1}** The State appealed from a ruling on a motion to suppress. On February 18, 2014, we issued a notice of proposed summary disposition in which we proposed to affirm. The State has filed a response with this Court indicating that it will not be filing a memorandum in opposition.

**{2}** Accordingly, for the reasons stated in the notice of proposed summary disposition, we affirm.

**{3}** **IT IS SO ORDERED.**

_____
**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CYNTHIA A. FRY, Judge**